IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE A. RAYBUCK,<br>    Plaintiff<br><br>v.<br><br>OIL CITY POLICE DEPARTMENT PATROLMAN BRANDON ROSENBERGER, OIL CITY POLICE DEPARTMENT PATROLMAN STEVEN REMBOLD and OIL CITY POLICE DEPARTMENT LIEUTENANT JONATHON LOVE,<br>    Defendants | Docket No.: 1:20-cv-306-SPB<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, comes the Plaintiff, Gayle A. Raybuck ("Raybuck"), by and through its undersigned counsel, and files this *Stipulation of Voluntary Dismissal* pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), and voluntarily dismisses all claims against the Defendants Oil City Police Patrolman Brandon Rosenberger and Oil City Police Lieutenant Jonathan Love (the "Defendants") with prejudice, with Defendants and Raybuck to bear their own respective costs and counsel fees as to such claims.

                                              Respectfully submitted,

| | |
|---|---|
| MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN | THE QUINN LAW FIRM |
| By:   */s/  Paul D. Krepps*<br>      Paul D. Krepps, Esq.<br>      (Pa. I.D. No. 73038)<br>      pdkrepps@mdwcg.com<br>      Union Trust Bldg.<br>      501 Grant St., Suite 700 | By:   */s/  Arthur D. Martinucci*<br>      Arthur D. Martinucci, Esq.<br>      (Pa. I.D. No. 63699)<br>      amartinucci@quinnfirm.com<br>      2222 West Grandview Boulevard<br>      Erie, PA 16506-4508 |

Pittsburgh, PA 15219
Attorneys for all Defendants

(814) 833-2222
(814) 833-6753 (f)
Attorneys for Plaintiff,
Gayle A. Raybuck

SO ORDERED:

_____
Susan Paradise Baxter
U.S. District Court Judge

August 16, 2021
Date